### GOVATOS v. THE STATE.

COBB, J.   1. In the trial of one charged with converting to his own use the proceeds of sales of property entrusted to him to sell, evidence is competent tending to show that at the time of the alleged conversion the accused was in debt and in need of money, such evidence to be considered by the jury in determining what was the motive of the accused.   *Bridges* v. *State*, 103 *Ga.* 35, and cases and authorities cited.

2. There was no error in admitting evidence, nor in charging.   The evidence authorized the verdict, and the court did not err in overruling the motion for a new trial.

*Judgment affirmed.   All the Justices concurring, except Lumpkin, P. J., absent, and Candler, J., not presiding.*

Argued October 23,—Decided November 14, 1902.

Indictment for larceny after trust.   Before Judge Henry.   Floyd superior court.   September 24, 1902.

*J. S. Crawford, W. H. Ennis,* and *Seaborn & Barry Wright,* for plaintiff in error.   *Moses Wright, solicitor-general,* contra.